IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTHONY FRANK DISTEFANO,

    **Plaintiffs,**

  VS.

KINDER MORGAN, INC., and
TAMMY MOELLER-CLARK,

    **Defendants.**                        NO. 10-CV-1028-DRH

### O R D E R

**HERNDON, Chief Judge**

    Pursuant to **28 U.S.C. §455**, the undersigned judge hereby **RECUSES** himself from further proceeding in the above-entitled matter. Through random draw, the Clerk of the Court has reassigned this matter to United States District Judge J. Phil Gilbert. All further documents filed in this matter shall bear case number **10-CV-1028-JPG.**

    **IT IS SO ORDERED.**

**DATED:** December 22, 2010.

                                                  David R. Herndon
                                                  2010.12.22
                                                  11:01:48 -06'00'

                                                  CHIEF JUDGE
                                                  U.S. DISTRICT COURT