UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTHONY FRANK DISTEFANO,

    Plaintiff,

  v.

KINDER MORGAN RIVER TERMINALS, LLC, and TAMMY MOELLER-CLARK,

    Defendants.

Case No. 10-cv-1028-JPG

## JUDGMENT

This matter having come before the Court, and the Court having granted the plaintiff's motion for voluntary dismissal as to one claim and having rendered a decision as to the other claim,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

                                   **NANCY J. ROSENSTENGEL, Clerk of Court**

                                   **By:s/Deborah Agans, Deputy Clerk**

**Dated:  December 5, 2011**


**Approved:**   s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**